**In the Matter of M. Andrew MITTOWER.**

**No. 49S00-9607-DI-490.**

Supreme Court of Indiana.

July 1, 1997.

*ORDER ACCEPTING RESIGNATION AND CONCLUDING PROCEEDING*

On October 28, 1996, the Indiana Supreme Court Disciplinary Commission filed an *Amended Verified Complaint for Disciplinary Action* in this case. The respondent has now tendered an *Affidavit of Resignation* pursuant to Ind.Admission and Discipline Rule 23, Section 17.

And this Court, being duly advised, now finds that the respondent's affidavit meets the necessary elements of Admis.Disc.R. 23(17), that the resignation should be accepted, and that, accordingly, all other proceedings pending in this case should be concluded.

IT IS, THEREFORE, ORDERED that the resignation of M. Andrew Mittower is accepted. Accordingly, he is hereby removed as a member of the Bar of this State, and the Clerk of this Court is directed to strike his name from the Roll of Attorneys. The respondent must comply with the provisions of Admis.Disc.R. 23(4) in order to become eligible for reinstatement.

IT IS FURTHER ORDERED that, by reason of this Order accepting the respondent's resignation, all issues not previously adjudicated in this proceeding are now concluded.

All Justices concur.

/s/ Randall T. Shepard
Randall T. Shepard
Chief Justice of Indiana

**In the Matter of Robert L. SHEAFFER.**

**No. 584S172.**

Supreme Court of Indiana.

July 1, 1997.

*ORDER OF REINSTATEMENT*

The Indiana Supreme Court Disciplinary Commission has submitted to this Court its findings and recommendation on petitioner Robert L. Sheaffer's *Petition for Reinstatement* to the Bar of this State, therein finding that the respondent has met all of the reinstatement criteria contained in Ind.Admission and Discipline Rule 23, Section 4 and, accordingly, recommending that the respondent be reinstated to the practice of law in this state.

And this Court, being duly advised, now finds that it should approve the recommendation of the Commission and grant the petitioner's *Petition for Reinstatement.*

IT IS, THEREFORE, ORDERED that the petitioner in this proceeding, Robert L. Sheaffer, is hereby reinstated as an attorney at the Bar of this Court.

All Justices concur.

/s/ Randall T. Shepard
Randall T. Shepard
Chief Justice of Indiana